# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                            Case No.: 16–24998–JKS
                                            Chapter: 13
                                            Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antonio Chitic
   703 90th Street, Apt. 1
   North Bergen, NJ 07047

Social Security No.:
   xxx–xx–6524

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 2, 2016.

On 10/11/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                 December 13, 2018
Time:               08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 12, 2018
JAN: dlr

                                                                                 Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 16-24998-JKS
Antonio Chitic                                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                 Page 1 of 2              Date Rcvd: Oct 12, 2018
                                Form ID: 185                Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2018.
```
db          +Antonio Chitic,    703 90th Street, Apt. 1,    North Bergen, NJ 07047-5243
cr          +Specialized Loan Servicing LLC as servicing agent,    C/O Buckley Madole, P.C.,
              99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr          +Specialized Loan Servicing LLC, as servicing agent,    P. O. Box 9013,    Addison, TX 75001-9013
516323942   +AMEX,    CORRESPONDENCE,    PO BOX 981540,    ELPASO, TX 79998-1540
516323948    CITIMORTGAGE INC,    ATTN: BANKRUPTCY,    PO BOX 6423,    SIOUX FALLS, SD 57117
516323952   +OCWEN/HOMEWARD RESIDENTIAL,    1525 S BELTLINE,    COPPELL, TX 75019-4913
516323956   +Phelan Hallinam & Diamond PC,    400 Fellowship Road,    Suite 100,
              Mount Laurel, NJ 08054-3437
516323957   +SLS,   8742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129-2386
516527144   +U.S. Bank N.A., Trustee (See 410),    C/O Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516323960   +VISA DEPT STORE NATIONAL BANK,    ATTN: BANKRUPTCY,    PO BOX 8053,    MASON, OH 45040-8053
516323962   +WELLS FARGO HOME MTG (DBA) AMERICAS SERV,    1000 BLUE GENTIAN RD. #300,    MAC #X7801-02K,
              EAGAN, MN 55121-1786
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 13 2018 00:15:14     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 13 2018 00:15:10      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516323950   +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 13 2018 00:14:24      KOHLS/CAPITAL ONE,
              PO BOX 3120,   MILWAUKEE, WI 53201-3120
516323958   +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2018 00:21:04      SYNCHRONY BANK/LOWES,
              PO BOX 965064,   ORLANDO, FL 32896-5064
                                                                                              TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516323943*   +AMEX,    CORRESPONDENCE,    PO BOX 981540,    ELPASO, TX 79998-1540
516323946*   +BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,    GREENSBORO, NC 27420-6012
516323947*   +BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,    GREENSBORO, NC 27420-6012
516323945*   +BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,    GREENSBORO, NC 27420-6012
516323949*    CITIMORTGAGE INC,    ATTN: BANKRUPTCY,    PO BOX 6423,    SIOUX FALLS, SD 57117
516323951*   +KOHLS/CAPITAL ONE,    PO BOX 3120,    MILWAUKEE, WI 53201-3120
516323953*   +OCWEN/HOMEWARD RESIDENTIAL,    1525 S BELTLINE,    COPPELL, TX 75019-4913
516323954*   +OCWEN/HOMEWARD RESIDENTIAL,    1525 S BELTLINE,    COPPELL, TX 75019-4913
516323955*   +OCWEN/HOMEWARD RESIDENTIAL,    1525 S BELTLINE,    COPPELL, TX 75019-4913
516323959*   +SYNCHRONY BANK/LOWES,    PO BOX 965064,    ORLANDO, FL 32896-5064
516323961*   +VISA DEPT STORE NATIONAL BANK,    ATTN: BANKRUPTCY,    PO BOX 8053,    MASON, OH 45040-8053
516323944    ##+BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,    GREENSBORO, NC 27420-6012
                                                                                  TOTALS: 0, * 11, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                                      Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin                Page 2 of 2               Date Rcvd: Oct 12, 2018
                               Form ID: 185               Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2018 at the address(es) listed below:
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
               of Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee
               NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee
               NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent of
               Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee
               NJ_ECF_Notices@McCalla.com
              Rebecca Ann Solarz    on behalf of Creditor    Banc of America Funding Corporation 2007-3, U.S.
               Bank National Association, as Trustee rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Antonio  Chitic rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                             TOTAL: 6