| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br><br>IN RE:<br>  ANTONIO CHITIC | Order Filed on January 14, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  16-24998 JKS<br><br>Hearing Date:  1/10/2019<br><br>Judge:  JOHN K. SHERWOOD<br><br>Debtor is Entitled To Discharge |

**ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION**

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: January 14, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Case No.:  16-24998 JKS

Caption of Order:    ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

    The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with ; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 10/11/2018, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 9/1/2016, the Debtor shall pay the Standing Trustee

    the sum of $230.00 for a period of 14 month(s), and then

    the sum of $285.00 for a period of 46 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that Debtor must complete Loan Modification  on 703 90th St., North Bergen property by 2/28/2019 or as extended through the courts Loss Mitigation Program. If loan modification not completed case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that mortgage arrears are to be paid outside the plan through Loan Modification; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-24998-JKS
Antonio Chitic                                                  Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Jan 15, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2019.
db         +Antonio Chitic,   703 90th Street, Apt. 1,   North Bergen, NJ 07047-5243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2019 at the address(es) listed below:
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
           of Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee
           NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
           for Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee
           NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent of
           Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee
           NJ_ECF_Notices@McCalla.com
          Rebecca Ann Solarz    on behalf of Creditor    Banc of America Funding Corporation 2007-3, U.S.
           Bank National Association, as Trustee rsolarz@kmllawgroup.com
          Russell L. Low    on behalf of Debtor Antonio  Chitic rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                             TOTAL: 6