Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  16−24998−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Antonio Chitic
  703 90th Street, Apt. 1
  North Bergen, NJ 07047

Social Security No.:
  xxx−xx−6524

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/11/19 at 10:00 AM

to consider and act upon the following:

*86* − Document re: Loss Mitigation Status Conference Request filed by Russell L. Low on behalf of Antonio Chitic. (Attachments: # 1 Exhibit) (Low, Russell)

Dated: 3/29/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court