UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

Antonio Chitic

Order Filed on March 27, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:     16-24998

Chapter:        13

Judge:         JKS

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 27, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ____July 23, 2018____ :

Property: _____703 90th Street Apt 1 North Bergen NJ 07047_____

Creditor: _____SLS_____

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Russell L. Low_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____6/21/19_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:
Antonio Chitic
    Debtor

Case No. 16-24998-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 27, 2019
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.
db          +Antonio Chitic,  703 90th Street, Apt. 1,  North Bergen, NJ 07047-5243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2019 at the address(es) listed below:
           Francesca Ann Arcure     on behalf of Creditor     Specialized Loan Servicing LLC as servicing agent of Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
           Francesca Ann Arcure     on behalf of Creditor     Specialized Loan Servicing LLC, as servicing agent for Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
           Marie-Ann Greenberg     magecf@magtrustee.com
           Melissa N. Licker     on behalf of Creditor     Specialized Loan Servicing LLC as servicing agent of Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee NJ_ECF_Notices@McCalla.com
           Rebecca Ann Solarz     on behalf of Creditor     Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com
           Russell L. Low     on behalf of Debtor Antonio  Chitic rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                                                                             TOTAL: 6