Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                         Case No.:  16−24998−JKS
                         Chapter:  13
                         Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antonio Chitic
   703 90th Street, Apt. 1
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−6524

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/11/19 at 10:00 AM

to consider and act upon the following:

*86* − Document re: Loss Mitigation Status Conference Request filed by Russell L. Low on behalf of Antonio Chitic. (Attachments: # 1 Exhibit) (Low, Russell)

Dated: 3/29/19

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Antonio Chitic  
    Debtor

Case No. 16-24998-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 29, 2019  
                Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2019.  
db         +Antonio Chitic,   703 90th Street, Apt. 1,   North Bergen, NJ 07047-5243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2019 at the address(es) listed below:

         Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent of Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
         Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent of Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee NJ_ECF_Notices@McCalla.com  
         Rebecca Ann Solarz    on behalf of Creditor    Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com  
         Russell L. Low    on behalf of Debtor Antonio Chitic rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com

                                                                                                                                           TOTAL: 6