**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, LLC**
**505 Main St., Suite 304**
**Hackensack, NJ 07601**
**201-343-4040 Phone**
**201-880-4010 Fax**
**Attorney for Debtors**

_____

| | | |
|---|---|---|
| In the Matter of: | | |
| | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Antonio Chitic | | |
| | : | Honorable John K. Sherwood |
| | : | CASE NO. 16-24998 |
| Debtor | : | CHAPTER 13 |

_____

### OBJECTION TO APPLICATION FOR EARLY TERMINATION OF LOSS MITIGATION PERIOD

I, Russell L. Low, being of full age, hereby certify the following:

1. On August 27, 2018 a Loss Mitigation Order was entered.

2. On March 27, 2019 an Application for Extension of Loss Mitigation was entered and extended until June 21, 2019.

3. On May 31, 2019 an Application for Early Termination was filed by Specialized Loan Servicing.

4. A Motion to Compel the Lender Specialized Loan Servicing to honor the loan modification approval will be filed and therefore I am asking on behalf of the debtor that loss mitigation not be terminated.

5. A new loss mitigation package has not been submitted to the lender because the debtor is asking that the loan modification approval be honored. Therefore a new review for loan modification is not necessary.

6. I certify that the foregoing statements made by me are true.

Dated: June 5, 2019  /s/ Russell L. Low, Esq.
**RUSSELL L. LOW, ESQ.**
Attorney for Debtor